MAY 14, 1985

No. A–859.   DE LA ROSA v. PROCUNIER, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS.   Application for stay of execution of sentence of death scheduled for Wednesday, May 15, 1985, presented to JUSTICE WHITE, and by him referred to the Court, denied.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth

and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant the application for stay and a petition for writ of certiorari and would vacate the death sentence in this case.